# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

U.S. Bank NA

v.                                         Case Number: 4:22–cv–01120

Israel F. Cadena, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/29/2022

**TIME:** 10:40 AM

**TYPE OF PROCEEDING:** Initial Conference


Date:   June 7, 2022

                                                              Nathan Ochsner, Clerk